**JOHN L. BURRIS, Esq., State Bar #69888**
**ADANTE D. POINTER, Esq., SBN #236229**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYON GARDNER and KELVIN POTTS, JR. | Case No. C12-02926 |
| Plaintiffs, | **STIPULATION FOR DISMISSAL &** [PROPOSED] **ORDER** |
| v. | Trial Date: November 4, 2013<br>Pre-Trial Conf.: October 23, 2013<br>Judge: Nathaniel Cousins |
| CITY OF OAKLAND, a municipal corporation; HOWARD JORDAN, in his capacity as Chief of Police for the CITY OF OAKLAND; fnu THOMAS, individually, and in his official capacity as a police officer for the CITY OF OAKLAND; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF OAKLAND. | |
| Defendants. / | |

The parties, by and through their respective attorneys, hereby stipulate and respectfully request that the court dismiss this action in its entirety with prejudice, and that all future court dates be vacated.

| | | |
|---|---|---|
| 1 | | |
| 2 | October 23, 2013 | /s/ |
| 3 | DATE | ADANTE D. POINTER |
| | | LAW OFFICES OF JOHN L. BURRIS |
| 4 | | Attorneys for Plaintiffs |

October 23, 2013  /s/
DATE  ARLENE M. ROSEN
OAKLAND CITY ATTORNEY'S OFFICE
Attorneys for the Defendants

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety with prejudice and that all future court dates are vacated.

**IT IS SO ORDERED**

  October 23, 2013
  DATE

HON. NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

