| | |
|---|---|
| 1 | **JOHN L. BURRIS, Esq., State Bar #69888** |
| | **ADANTE D. POINTER, Esq., SBN #236229** |
| 2 | LAW OFFICES OF JOHN L. BURRIS |
| 3 | Airport Corporate Centre |
| | 7677 Oakport Street, Suite 1120 |
| 4 | Oakland, California 94621 |
| | Telephone: (510) 839-5200 |
| 5 | Facsimile:  (510) 839-3882 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEYON GARDNER and KELVIN POTTS, JR. | Case No.  C12-02926 |
| Plaintiffs, | **STIPULATION FOR DISMISSAL &** ~~**[PROPOSED]**~~ **ORDER** |
| v. | Trial Date: November 4, 2013 |
| | Pre-Trial Conf.: October 23, 2013 |
| CITY OF OAKLAND, a municipal corporation; HOWARD JORDAN, in his capacity as Chief of Police for the CITY OF OAKLAND; fnu THOMAS, individually, and in his official capacity as a police officer for the CITY OF OAKLAND; and DOES 1-25, inclusive, individually and in their official capacity as police officers for the CITY OF OAKLAND. | Judge: Nathaniel Cousins |
| Defendants. | |

The parties, by and through their respective attorneys, hereby stipulate and respectfully request that the court dismiss this action in its entirety with prejudice, and that all future court dates be vacated.

| | | |
|---|---|---|
| 1 | | |
| 2 | October 23, 2013 | /s/ |
| 3 | DATE | ADANTE D. POINTER<br>LAW OFFICES OF JOHN L. BURRIS |
| 4 | | Attorneys for Plaintiffs |
| 5 | | |
| 6 | | |
| 7 | October 23, 2013<br>DATE | /s/<br>ARLENE M. ROSEN |
| 8 | | OAKLAND CITY ATTORNEY'S OFFICE<br>Attorneys for the Defendants |

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that this matter is dismissed in its entirety with prejudice and that all future court dates are vacated.

**IT IS SO ORDERED**

  October 23, 2013
  DATE

HON. _____ COUSINS
UNITED STATES MAGISTRATE JUDGE



---

-3-
STIPULATION FOR DISMISSAL & [PROPOSED] ORDER

Case No: 12-02926-NC